UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  William L. Green             :        Case #: 06-52316
       Jodi L. Green

                                  :        Chapter 13

                                  :        Judge Hoffman

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: May 26, 2011                    /s/ Frank M. Pees
                                                      Frank M. Pees
                                                      Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| KMA Auto Sales | $2155.58 |
| 4725 Roberts Rd. | |
| Columbus, OH 43228 | |